Adrianne R. YOUNG, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 682, 2014

Supreme Court of Delaware.

Submitted: June 24, 2015

Decided: August 25, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County Cr. ID 9904019648

AFFIRMED.

Gary R. KLAFT, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 116, 2015

Supreme Court of Delaware.

Submitted: June 22, 2015

Decided: August 25, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID 1302019245

AFFIRMED.

Duane ROLLINS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 35, 2015

Supreme Court of Delaware.

Submitted: June 15, 2015

Decided: August 25, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County Cr. ID No. 1212010904

AFFIRMED.

Tarrance P. DUNN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 644, 2014

Supreme Court of Delaware.

Submitted: June 19, 2015

Decided: August 25, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1309021876.

AFFIRMED.